■ ANA V. CRUZ, Appellant, v CITY OF NEW YORK et al., Defendants, and VERIZON NEW YORK, INC., Respondent. [832 NYS2d 801]—Order, Supreme Court, Bronx County (Howard R. Silver, J.), entered December 5, 2005, which, insofar as appealed from, granted defendant-respondent's motion for summary judgment dismissing the complaint as against it, unanimously affirmed, without costs.

The affirmation of defendant's attorney and the arguments made therein are supported by pertinent references to the pleadings, the parties' deposition testimony and photographs marked as exhibits at depositions (*see Zuckerman v City of New York*, 49 NY2d 557, 563 [1980]), and establish defendant's prima facie entitlement to summary judgment based on the fact that the alleged sidewalk defect was trivial (*see Trincere v County of Suffolk*, 90 NY2d 976 [1997]; *Gaud v Markham*, 307 AD2d 845 [2003]). Concur—Tom, J.P., Mazzarelli, Sullivan and Gonzalez, JJ.

■ In the Matter of EZEKIEL C. and Another, Children Alleged to be Abused. ANGEL R., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent, et al., Respondent. [832 NYS2d 801]—Order, Family Court, Bronx County (Gayle P. Roberts, J.), entered on or about December 16, 2003, which found, after a hearing, that child Ezekiel was neglected by his respondent parents, and child Angel was derivatively neglected by his respondent father, unanimously affirmed, without costs.

These findings are supported by a preponderance of the evidence showing that respondent-appellant father neglected Ezekiel within the meaning of Family Ct Act § 1012 (f) (i) (B) (*Matter of Danielle M.*, 151 AD2d 240 [1989]; *see also Matter of Jennifer V.*, 267 AD2d 41 [1999], *lv denied* 95 NY2d 754 [2000]). There is no basis for disturbing the court's findings, based on the credibility of witnesses, relating to the degree of corporal punishment inflicted (*see Matter of Todd D.*, 9 AD3d 462 [2004]). Concur—Tom, J.P., Mazzarelli, Sullivan, Gonzalez and McGuire, JJ.